**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-6542**

_____

GLENN A. FROEMAN,

Plaintiff - Appellant,

versus

PARRIS N. GLENDENING; J. JOSEPH CURRAN, JR.,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-95-1875-L)

_____

Submitted: July 23, 1996          Decided: August 5, 1996

_____

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Glenn A. Froeman, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Regina Hollins Lewis, Assistant Attorney General, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his action seeking injunctive relief to stay an order of restitution imposed by the state court. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Froeman v. Glendening, No. CA-95-1875-L (D. Md. Mar. 28, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED